# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-2122, 2017-2124, 2017-2239, 2017-2241

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00038, IPR2016-00040, IPR2016-00036, IPR2016-00034.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND REVERSED-IN-PART**

ENTERED BY ORDER OF THE COURT

July 3, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court